IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 1: 21-cr-1498-MLG-1

CHRISTOPHER SPANGLER,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

    The Court has reviewed the PFRD entered March 27, 2023 by Magistrate Judge Karen Molzen *(Doc. 26)*. She represents that all counsel and Defendant Spangler are in accord with the recommendations. The Court therefore agrees that they have all implicitly waived the usual 14-day objection period to the PFRD and consent to the immediate relief as outlined therein.

    Wherefore,

    **IT IS HEREBY ORDERED** that the Recommendations as set forth by the Magistrate Judge are hereby **adopted**. The Court hereby rescinds Judge Riggs' "Sealed Revised Order" of September 26, 2022 *(Doc. 19)*, **denies** Defendant's "Motion to Withdraw Competence" filed March 21, 2023 *(Doc. 23)*, and **continues** the referral of the competency issue to Magistrate Judge Molzen for further evaluation, hearings and and proceedings.

_____
MATTTHEW L. GARCIA
UNITED STATES DISTRICT JUDGE