# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                             NO. CR-21-01498

CHRISTOPHER SPANGLER,
        Defendant.

## STIPULATED MOTION FOR THE DETERMINATION OF COMPETENCY

**COMES NOW** the Defendant, Christopher Spangler, by and through his undersigned counsel, Thomas M. Clark, and by stipulation of counsel by the Government, AUSA Samuel Huratdo, the parties hereby request the Court issue and order finding the Defendant Competent to proceed in this case and in support of this motion does state and allege as follows:

1. This Court had previously ordered the Defendant undergo a local evaluation to determine his competency to stand trial;

2. This Court appointed Dr. Julie Brovko to complete an evaluation of the Defendant to determine whether the Defendant is competent to proceed in this case;

3. By letter opinion, which has been previously provided to the Court, Dr. Brovko has determined Mr. Spangler is competent.

**WHEREFORE,** by stipulation of parties and based upon the opinion of Dr. Brovko, the parties request that this Court issue an order finding the Defendant competent to proceed in this case.

        CLARK, JONES & RUYLE, LLC

        */s/ Thomas M. Clark*
        Thomas M. Clark
        Attorney for Defendant
        432 Galisteo St.
        Santa Fe, New Mexico 87501
        (505) 820-1825

I hereby certify that on this 5th day of May 2023, I filed the foregoing pleading electronically Through the CM/CF System, which caused counsel of record for the United States, to be served with a copy of this pleading by electronic means.

*/s/ Thomas M. Clark*
Thomas M. Clark