IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 10 2023

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Cr 21-1498 MLG

CHRISTOPHER SPANGLER,

    Defendant.

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER came on for a hearing to consider the Stipulated Motion for a Determination of Competency *(Doc. 21)*. In her letter opinion following an examination of the defendant *(Doc. 30)*, Dr. Julie Brovko finds that as long as Mr. Spangler continues to take his prescribed mental health medication, he is competent to stand trial and adequately assist counsel in his defense. Both defense counsel and the prosecution concur in this opinion.

Wherefore,

IT IS HEREBY RECOMMENDED that the Honorable Matthew L. Garcia, presiding district judge in this case, **grant** the stipulated motion and direct that the postponed arraignment and detention hearing be held as soon as possible.

FINALLY, all counsel and Defendant Spangler are in accord with this recommendation and have expressly waived the usual 14-day objection period to this PFRD and consent to an order by the presiding judge granting the immediate relief as outlined above.

_____
UNITED STATES MAGISTRATE JUDGE